UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

THE STATE OF FLORIDA,

    Plaintiff(s),
Vs.

PATRICK COULTON et al.,

    Defendant(s).

Case No.: 07-60172-CR-JAC

**RESPONDENT, PETER MAYAS' REPORT TO THE COURT TO UPDATE THE COURT ON DEVELOPMENTS SINCE THE LAST COURT HEARING.**

    Respondent, **Peter U. Mayas, Esq.,** by and through his undersigned Counsel files the following update to the Court.

    1. Since the last Court hearing in the contempt proceedings before this Court, the Respondent has approached the undersigned Counsel for representation. The undersigned Counsel agreed to represent the Respondent on a ***pro bono*** basis in light of the gravity of the issues involved in the contempt proceedings.

    2. The undersigned Counsel has since had various conversations with both Paul Petruzzi, Esq. and Joel Defabio, Esq. and the parties have a tentative agreement to resolve the issues at least as to the defendant's claims against this particular Respondent, Peter U. Mayas, Esq.

    3. In consultation with Mr. Defabio, his client and Peter U. Mayas, Esq.

shall execute any and all necessary documents to transfer property (both real property and personal property) that apparently have been the subject of certain discussions/exchanges in Court.

4. While the agreement has not been completely finalized yet, there is certainly a good faith effort on the part of Peter U. Mayas, Esq., to resolve the issues that precipitated the contempt proceedings.

5. In furtherance of these fruitful settlement discussions, the subject real property and its contents are scheduled to be transferred to the defendant in the underlying case.

6. The parties have agreed to have Mr. Petruzzi's investigator conduct an inventory of the contents of the house, tomorrow Thursday, July 12th, 2012 at 11:00 am.

7. With respect to Mr. Mayas' obviously untenable position that he was not the official Counsel for the defendant, the undersigned has fervently impressed upon Mr. Mayas that his own pronouncements in Court completely obliterates his prior contention that, in the absence of a proper and genuine Notice of Appearance filed by him, he was not Counsel of record.

8. Understandably Co-Respondent Emmanuel Roy falsified various Notices of appearance or substitution of counsel.  Nonetheless, the undersigned Counsel has been able to get Mr. Mayas to recognize that unlike State Court proceedings where substituting attorneys often mistakenly casually state "…Your Honor Attorney "X" appearing on behalf of defendant "Y", in Federal

Court such language (made on repeated basis) constitutes an appearance on record.

9. Even in State Court as in Federal Court, the proper language would be...Attorney "X" appearing in substitution of Attorney "Y", who is Counsel of record for defendant "Z".

10. The undersigned Counsel is familiar with Mr. Mayas and is also aware of the Respondent's reoccurring medical issues, specifically his heart problems.

11. If the Court finds that it may be helpful or necessary to schedule another hearing to have the Respondent express his contrition to the Court, the Respondent will welcome the opportunity.

12. In the alternative, if the Court directs that the Respondent submit some sworn statement to clarify his earlier testimony in these proceedings, we would welcome that opportunity also.

13. In the meantime, the undersigned respectfully requests that the Court take into consideration Mr. Emmanuel Roy's affidavit exonerating Mr. Mayas, as well as the medical issues already mentioned, and the good faith efforts in compliance, as mitigating factors in the Court's ultimate disposition of this matter.

14. One may arguably speculate that the problems the Respondent is faced with may all have been contributing factors to his heart problems.  Even then, Mr. Mayas is the first to admit that he certainly should have handled everything differently and for that he profusely offers his profound apology to the Court.

        Respectfully Submitted,

*s/ Richard O. Dansoh*
Richard O. Dansoh, Esq.
501 N.E. 1st Ave., Suite 301
Miami, FL 33132
Tel: (305) 573-4444
Fax: (305) 238-5000
Email: dansohlawfirm@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** on this 11th day of July, 2012 I caused the forgoing Motion to be electronically filed with the Clerk of the Court using CM/ECF filing system, which will send notification of such filing to all of attorneys of record.

        Respectfully Submitted,

*s/ Richard O. Dansoh*
Richard O. Dansoh, Esq.