# EMMANUEL ROY

1087 East 57th Street
Second Floor
Brooklyn, New York 11234
Ejesquirer@gmail.com

718-209-1431

July 12, 2012

**By: Overnight Delivery**
**Federal-Express**

Hon. William C. Turnoff
United States Magistrate
United States District Court
Southern District of New York
301 North Miami Avenue, 11th Floor
Miami, Florida 33128

        Re:    **United States of America v. Patrick Coulton**
                **07-CR-60172-LENARD**

Dear Magistrate Turnoff:

I am writing in regard to a Bench Warrant that your honor entered against me on July 6, 2012 on the basis that I was served with legal documents by Pretrial Services or the United States Marshall Service requested my appearance before you and I failed to appear. First, I was **NOT** served by anyone as required by the Federal Rules of Civil Procedure. This fact is evident giving the lack of Affidavit of Service in the file. Even if I had been served, as your honor is aware, I am awaiting trial in New York city, and the terms and conditions of my bail do not allow me to travel outside of the Jurisdiction, therefore, even with proper service I would have been unable to appear before you on July 6, 2012. And assuming that I was granted permission to appear before you, I would have to purchase an airline ticket and incur expenses which at this time I am unable to do. I am not currently employ.

I am requesting the following reliefs: (1) that the bench warrant be vacated; (2) that all further court papers be served upon me at the address listed above; and (3) that I be allowed to appear before your honor by telephone. As the court is aware, this court routinely allow litigants to appear before it by telephone or video conference. My physical presence is not necessary and will not prejudice Mr. Coulton.

US v. COULTON
Letter to Magistrate Turnoff
Page 2 of 2 - Emmanuel Roy

In addition, I want to make it clear that I have always shown great respect to the court, and if I had been served with legal documents by Mr. Petruzzi requested my presence before your honor, I would have taken the same action by writing a letter to your honor explaining my predicament. I trust that the court will not conclude that I have decided to stump my nose at it, for any party who does so does it as his own peril.

For future communications, I would ask that in addition to the relief requested herein that your honor enter an order directing Mr. Petruzzi to serve me by mail at the address noted above.

Respectfully,

Emmanuel Roy

cc.   Hon. Joan A. Lenard
      Christina Feo
      Paul Petruzzi, Esq
      Peter U. Mayas, Esq