UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-CR-60172-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICK COULTON,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon Respondent Peter Mayas' Report to the Court to Update the Court on Developments Since the Last Court Hearing (ECF No. 236). This matter was referred to the undersigned by the Honorable Joan A. Lenard, United States District Judge for the Southern District of Florida. (ECF No. 200). A hearing was held on this matter on July 24, 2012. (ECF No. 243). Present at the hearing were Paul D. Petruzzi, Esq., counsel for Defendant Patrick Coulton, Defendant Patrick Coulton, Assistant United States Attorney Donald Chase, Assistant Federal Public Defender Vanessa Chen, Maria Monge and Donald Lesmeister from Pretrial Services, Richard Dansoh, Esq., counsel for Respondent Peter Mayas, Esq., Peter Mayas, Esq., Joel DeFabio, Esq., counsel for Carmel Sanon, and Carmel Sanon.

This matter is before the undersigned upon Defendant Patrick Coulton's Motion for Contempt. (ECF No. 199). The undersigned has held multiple hearings in this matter. (ECF No. 202, 209, 210, 232, 243). On May 31, 2012, and June 1, 2012, the undersigned allowed Mr. Mayas to represent himself although he is not a member of this bar. However, on June 1, 2012, the undersigned advised Mr. Mayas to hire a lawyer and instructed Mr. Mayas that he would no longer be allowed to represent himself. (ECF No. 220) at 104-05. Nonetheless, on July 6, 2012, Mr. Mayas appeared without counsel.

Following the conclusion of the hearings on July 6, 2012, the undersigned ordered that the record in this case as it pertains to Mr. Mayas was to close on July 11, 2012. (ECF No. 232).

On July 12, 2012, Respondent Peter Mayas retained counsel, Richard Dansoh, Esq. In Respondent Peter Mayas' Report to the Court to Update the Court on Developments Since the Last Court Hearing (ECF No. 236), Mr. Dansoh updated the Court on recent developments regarding Mr. Mayas' efforts to satisfy the judgment against him, and requested that the Court reopen the record on behalf of Mr. Mayas. (ECF No. 236). At the hearing on July 24, 2012, Mr. Dansoh entered a permanent appearance on behalf of Mr. Mayas and agreed to accept service of process on Mr. Mayas. (ECF No. 243).

Previously, the undersigned had appointed Pretrial Services to supervise Mr. Mayas, in light of significant difficulties experienced by Defendant's Counsel in contacting and serving Mr. Mayas, as well as Mr. Mayas' evasive testimony before this Court. (ECF No. 215). That level of supervision is no longer necessary and the undersigned terminates Pretrial Services from further supervision of Mr. Mayas and orders the return of Mr. Mayas' property to his counsel.

In light of the foregoing and for the reasons stated in open court, the motion to reopen the record contained in Respondent Peter Mayas' Report to the Court to Update the Court on Developments Since the Last Court Hearing (ECF No. 236) is **GRANTED**. The record as to Defendant Patrick Coulton's Motion for Contempt (ECF No. 199) is hereby re-opened.

The undersigned will set this matter for status conference once Respondent Emmanuel Roy appears before this Court. (ECF No. 241).

**DONE AND ORDERED** in chambers, in Miami, Florida, this 26 day of July 2012.

**WILLIAM C. TURNOFF**
**United States Magistrate Judge**

cc: Hon. Joan A. Lenard
All Counsel of Record