## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

THE STATE OF FLORIDA,

     Plaintiff(s),

Vs.

PATRICK COULTON et al.,

     Defendant(s).

Case No.: 07-60172-CR-JAC

## MOTION FOR SUBSTITUTION OF COUNSEL

Respondent, **Peter U. Mayas, Esq.,** by and through his undersigned Counsel files this Motion for Substitution of Counsel and in support thereof states as follows:

1. The undersigned Counsel is presently in San Juan, Puerto Rico and has two scheduled status conference hearings scheduled in U.S.A. v. Fermin, Case No. 12-CR-00068, (2.45 pm) and U.S.A. v. Doel-Irizarry, Case No. 10-CR-0460 (4.30 pm) in the United States District Court, San Juan, Puerto Rico on Thursday August 9, 2012.

2. Counsel will, therefore, not be able to attend the initial hearing of Mr. Emmanuel Roy scheduled for August 9, 2012 at 2:00 pm.

3. Counsel has arranged to have fellow Counsel, Joel DeFabio, who is familiar with this case to substitute for him.

     **WHEREFORE**, Counsel requests that the Court grant his Motion for Substitution of Counsel for the reasons stated herein.

Respectfully Submitted,

*S/Richard O. Dansoh*
Richard O. Dansoh, Esq.
501 N.E. 1st Ave., Suite 301
Miami, FL 33132
Tel: (305) 573-4444
Fax: (305) 238-5000
Email: dansohlawfirm@gmail.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** on this 8th day of August, 2012 I caused the forgoing Motion to be electronically filed with the Clerk of the Court using CM/ECF filing system, which will send notification of such filing to all of attorneys of record.

Respectfully Submitted,

*S / Richard O. Dansoh*
Richard O. Dansoh, Esq.